IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INEZ TITO LUGO,

      Petitioner,               No. CIV S-06-0984 MCE GGH P

   vs.

MARTIN VEAL, et al.,

      Respondents.          <u>FINDINGS AND RECOMMENDATIONS</u>

                                   /

           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

           Petitioner, convicted in 1990 in Sacramento County Superior Court of second degree murder and sentenced[1] to 17 years to life, challenges a Board of Prison Terms' (BPT) denial of parole. Petition, pp. 1-2.

           Petitioner contends that the BPT: 1) deprived petitioner of the due process to which he is entitled in the protected liberty interest he has in parole because his parole was denied without "some evidence"; 2) denied him parole based on unchanging factors, i.e., the nature of the crime and past criminal history; 3) denied petitioner's liberty interest in good

---

[1] Petitioner pled guilty to the use of a knife and a prior prison term prior to jury selection in his first trial. Petition, p. 1.

1

1  behavior credits in denying parole.  Petition, p. 4-5; 8-22.

2        Petitioner notes that he has a habeas petition currently pending before the district
3  court.  Petition, p. 5.  In this matter, <u>Lugo v. Warden of the California Medical Facility</u>, Case
4  No. CIV S-99-1151 LKK GGH P, petitioner is proceeding with appointed counsel and is
5  challenging his underlying conviction.  Because resolution of that matter may moot petitioner's
6  claims herein, the undersigned, in the interest of judicial efficiency and economy, will
7  recommend a stay of the instant petition until the pending case is adjudicated.   Upon
8  adjudication of the prior petition, the stay herein should be lifted and this matter should either, as
9  appropriate, proceed or be dismissed as moot.

10        Accordingly, IT IS RECOMMENDED that this petition be stayed and
11  administratively closed until such time as Case No. CIV S-99-1151 LKK GGH P is adjudicated,
12  whereupon the stay should be lifted, allowing the instant petition either to proceed or to be
13  dismissed as moot, as appropriate.

14        These findings and recommendations are submitted to the United States District
15  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
16  days after being served with these findings and recommendations, petitioner may file written
17  objections with the court.  Such a document should be captioned "Objections to Magistrate
18  Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections
19  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.
20  Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

21  DATED: 6/28/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
lugo0984.fr