1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   INEZ TITO LUGO,

11              Petitioner,                    No. CIV S-06-0984 MCE GGH P

12        vs.

13   MARTIN VEAL, et al.,

14              Respondents.                   ORDER

15   _____/

16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges a 2003 decision by the California

18   Board of Parole Hearings (BPH) finding him unsuitable for parole.  On May 16, 2008, the Ninth

19   Circuit granted rehearing en banc in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008).

20        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of

21   this order, the parties shall show cause why this action should not be administratively stayed

22   pending the Ninth Circuit's decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g

23   en banc granted, __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).

24   DATED: 10/03/08

                                               /s/ Gregory G. Hollows
25                                             _____
                                               UNITED STATES MAGISTRATE JUDGE
26   GGH:009
     lugo0984.osc